David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue, Suite 350
Henderson, Nevada 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
Email: dkrieger@hainesandkrieger.com
*Attorney for Plaintiff, DAVID S. LEONI*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| DAVID S. LEONI, | Case No. 2:17-cv-00764-RFB-CWH |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER DISMISSING ACTION AS TO WELLS FARGO FINANCIAL ACCEPTANCE AND WELLS FARGO CONSUMER GROUP ONLY** |
| NATIONSTAR MORTGAGE LLC; WELLS FARGO FINANCIAL ACCEPTANCE; WELLS FARGO CONSUMER GROUP; EQUIFAX INFORMATION SERVICES, LLC, | |
| Defendants. | |

Plaintiff DAVID S. LEONI and Defendants WELLS FARGO FINANCIAL ACCEPTANCE and WELLS FARGO CONSUMER GROUP hereby stipulate

…

…

…

…

…

…

and agree that the above-entitled action shall be dismissed in accordance with Fed. R. Civ. P. 41 (a)(2) as to, and **ONLY as to, WELLS FARGO FINANCIAL ACCEPTANCE and WELLS FARGO CONSUMER GROUP**. Each party shall bear its own attorney's fees, and costs of suit.

Dated: October 24, 2017

| By:<br><br>/s/David H. Krieger, Esq.<br>David H. Krieger, Esq.<br>Nevada Bar No. 9086<br>HAINES & KRIEGER, LLC<br>8985 S. Eastern Avenue<br>Suite 350<br>Henderson, Nevada 89123<br>*Attorney for Plaintiff* | By:<br><br>/s/ Tanya N. Lewis, Esq.<br>Tanya N. Lewis, Esq.<br>Snell & Wilmer, LLP<br>3883 Howard Hughes Parkway<br>Suite 1100<br>Las Vegas, NV 89169<br>*Attorney for Defendants WELLS FARGO FINANCIAL ACCEPTANCE and WELLS FARGO CONSUMER GROUP* |
|---|---|

## **ORDER**

IT IS SO ORDERED

_____
RICHARD F. BOULWARE, II
United States District Judge

DATED this 26th day of October, 2017.